## WESLEY PARISH v. STATE OF FLORIDA

15 So. (2nd) 58      June Term, 1943
September 21, 1943      Division B

*Clyde R. Brown,* for appellant.

*J. Tom Watson,* Attorney General, *John C. Wynn,* Assistant Attorney General, and *Bourke Floyd,* Special Assistant to the Attorney General for appellee.

PER CURIAM:

From judgment of conviction of larceny of a hog the defendant appeals.

The record discloses no reversible error.

Judgment affirmed.

So ordered.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.